JENNIFER R. BERGH, ESQ.
Nevada Bar No.: 14480
THE LAW OFFICES OF MICHELLE GHIDOTTI
8716 Spanish Ridge Avenue, #115
Las Vegas, NV 89148
Tel: (949) 427-2010 ext. 1008
Fax: (949) 427-2732
Email: Jbergh@ghidottilaw.com

Attorney for Creditor
Bridgecrest Credit Company, LLC

# IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA – LAS VEGAS DIVISION

| | |
|---|---|
| In re:<br><br>CHARLES E. COE,<br><br>            Debtor. | **CASE NO.: 18-10822**<br><br>**Chapter 13**<br><br>**SUPPLEMENTAL DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>("Vehicle")<br><br>**Estimated Time:** 10 Minutes |

I, __Jose Magana__, declare and state as follows:

1. I am over the age of eighteen years and not a party to this action. The facts set for the below are known to me personally based upon the review of the business records and I have first-hand knowledge of them. If called as a witness, I could and would testify competently under oath to such facts.

1

2. I am employed by Bridgecrest Credit Company, LLC, ("**Movant**") as ~~Bankruptcy Team Lead~~ and am familiar with the subject Motor Vehicle Retail Installment Sales Contract and Purchase Money Security Agreement ("**Contract**"), and the subject Bankruptcy case.

3. I am familiar with the manner and procedure by which the records of Movant are obtained, prepared, and maintained. Those records are obtained, prepared, and maintained by employees or agents of Movant in the performance of their regular business duties at or near the time, act, conditions, or events recorded thereon. The records are made either by persons with knowledge of the matters they record or from information obtained by person with such knowledge. It is my business practice to maintain these records in the regular course of business.

4. Movant has been responsible for the handling of all matters relative to the underlying loan prior to the filing of the within motion, including but not limited to processing of all payments received, crediting of received payments, adding all proper charges to the loan, confirming the maintenance of hazard insurance and property taxes, property preservation where appropriate, communicating with and responding to the borrower on all matters relative to the loan, and the commencement of non-judicial foreclosure proceedings where appropriate. All activities on the loan advanced by Movant were advanced in accordance with the terms of the Contract.

5. DT Acceptance Corporation was incorporated on the 19th Day of February, 2003.

6. On or about April 4, 2016, Articles of Amendment were filed in connection to DT Acceptance Corporation ("**Articles of Amendment**"). A true and correct copy of the Articles of Amendment are attached hereto as **Exhibit "A"**.

7. The Articles of Amendment effectuated a name change from DT Acceptance Corporation to Bridgecrest Acceptance Corporation.

8. On April 4, 2016, DT Acceptance Corporation changed its name to Bridgecrest Acceptance Corporation ("**Certification**"). A true and correct copy of the Certification is attached hereto as **Exhibit "B"**.

9. Bridgecrest Acceptance Corporation is a company affiliated with Bridgecrest Credit

Company, LLC. *See* attached letter of Bridgecrest Credit Company attached hereto as **Exhibit "C"**.

10. Bridgecrest Credit Company is entity seeking to enforce the Promissory Note and lien encumbering the Vehicle that is the subject of this Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __7-3-18__ (Date)   __Fort Worth__ (City), __TX__ (State)

_____
Signature

__Jose Mojaica__
Print Name

# EXHIBIT "A"

# STATE OF ARIZONA



---
### Office of the
## CORPORATION COMMISSION
---

The Executive Director of the Arizona Corporation Commission does hereby certify that the attached copy of the following document:

### ARTICLES OF AMENDMENT, 04-04-2016

consisting of 02 pages, is a true and complete copy of the original of said document on file with this office for:

### BRIDGECREST ACCEPTANCE CORPORATION
### ACC file number: 1065657-4

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the official seal of the Arizona Corporation Commission on this date: April 11, 2016.



Jodi A. Jerich, Executive Director

By: _____
WALTER BRICENO

Arizona Corp. Commission

05453052

ARIZONA CORP COMMISSION
FILED
APR 0 4 2016
FILE NO. 10656574

# ARTICLES OF AMENDMENT
## TO THE
## ARTICLES OF INCORPORATION
## OF
## DT ACCEPTANCE CORPORATION

FIRST: The name of the corporation is DT Acceptance Corporation.

SECOND: Attached hereto as Exhibit A is the text of the amendment to the Articles of Incorporation of the corporation.

THIRD: The amendment does not provide for an exchange, reclassification or cancellation of issued shares.

FOURTH: The amendment was adopted March 22, 2016.

FIFTH: The amendment was approved by the shareholders. There are no voting groups eligible to vote on the amendment.

There are 100 outstanding shares of Common Stock entitled to 100 votes. There were 100 votes received via an action by written consent. The shareholders cast 100 votes for and 0 votes against approval of the amendment. The number of votes cast for approval of the amendment was sufficient for approval by the shareholders.

SIXTH: This amendment has a delayed effective date of April 5, 2016.

Dated: March 31, 2016

DT ACCEPTANCE CORPORATION

By: _____
Name: Jon D. Ehlinger
Title: Secretary

23016381.1

## EXHIBIT A

## AMENDMENT TO THE
## ARTICLES OF INCORPORATION
## OF
## DT ACCEPTANCE CORPORATION

Article 1 of the Articles of Incorporation is amended in its entirety to read as follows:

"The name of the corporation is Bridgecrest Acceptance Corporation."

23016381.1

# EXHIBIT "B"

# STATE OF ARIZONA



### Office of the
### CORPORATION COMMISSION

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

THE EXECUTIVE DIRECTOR OF THE ARIZONA CORPORATION COMMISSION DOES HEREBY CERTIFY THAT THE RECORDS IN THIS OFFICE SHOW:

** DT ACCEPTANCE CORPORATION . **

WAS INCORPORATED ON THE 19TH DAY OF FEBRUARY, 2003.

I FURTHER CERTIFY THAT THE ABOVE NAMED CORPORATION CHANGED ITS NAME TO:

** BRIDGECREST ACCEPTANCE CORPORATION. **

ON THE 4TH DAY OF APRIL, 2016, AS PROVIDED BY LAW.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the official seal of the Arizona Corporation Commission. Done at Phoenix, Capital, this 11 Day of April, 2016 A.D.



_Jodi A. Jerich_, Executive Director

By: _Walter Briceno_
WALTER BRICENO

# EXHIBIT "C"



**Bridgecrest**
Credit Company

Formerly known as DT Credit Company

April 5, 2016

To Whom It May Concern

DriveTime Car Sales Company, LLC ("DTCS") (FEIN: 86-0683232) is a licensed used motor vehicle retailer registered to do business. DTCS sells and leases vehicles to consumers.

Bridgecrest Credit Company, LLC and Bridgecrest Acceptance Corporation are affiliated finance companies of DTCS.

Sincerely,

Jon Ehlinger
DriveTime Car Sales Company, LLC
Secretary

Bridgecrest Credit Company, LLC
Secretary

Bridgecrest Acceptance Corporation
Secretary

TL.Oneinthesame.2016

| | |
|---|---|
| 1 | JENNIFER R. BERGH, ESQ. |
| 2 | Nevada Bar No.: 14480<br>THE LAW OFFICES OF MICHELLE GHIDOTTI |
| 3 | 8716 Spanish Ridge Avenue, #115 |
| 4 | Las Vegas, NV 89148<br>Tel: (949) 427-2010 |
| 5 | Fax:  (949) 427-2732<br>Email: Jbergh@ghidottilaw.com |
| 6 | |
| 7 | Attorney for Creditor<br>Bridgecrest Credit Company, LLC |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA – LAS VEGAS DIVISION

| | | |
|---|---|---|
| In Re: | ) | CASE NO.:  18-10822-leb |
| | ) | |
| CHARLES E. COE, | ) | CHAPTER 13 |
| | ) | |
| Debtors. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California.  I am over the age of eighteen and not a party to the within action.  My business address is: 1920 Old Tustin Ave., Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

---

1

CERTIFICATE OF SERVICE

On July 3, 2018 I served the following documents described as:

- **SUPPLEMENTAL DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor** | **Debtor's Counsel** |
|---|---|
| CHARLES E. COE | DAVID KRIEGER |
| 261 BROKEN PAR DR. | HAINES & KRIEGER, L.L.C |
| LAS VEGAS, NV 89148 | 8985 S. EASTERN AVE. |
|  | SUITE 350 |
| **Debtor's Counsel** | HENDERSON, NV 89123 |
| GEORGE HAINES |  |
| HAINES & KRIEGER, L.L.C. | **Chapter 13 Trustee** |
| 8985 S. EASTERN AVE. | KATHLEEN A. LEAVITT |
| SUITE 350 | 201 LAS VEGAS BLVD., SO. #200 |
| HENDERSON, NV 89123 | LAS VEGAS, NV 89101 |

__xx____(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on July 3, 2018 at Santa Ana, California

/*s / Jeremy Romero*
Jeremy Romero

2
CERTIFICATE OF SERVICE